UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THE TRIBUNE COMPANY HOLDINGS, INC.**
**and MEDIA GENERAL OPERATIONS, INC.,**

    **Plaintiffs,**

v.                                                        Case No.  8:06-cv-265-T-30MAP

**TIMES PUBLISHING COMPANY,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised by Mediator Peter Grilli that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on November 1, 2006.

                                                         JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-265.dismissal.wpd